**United States Attorney's Office**
**Western District of Oklahoma**
*MEMORANDUM*



| Subject: | Date: |
|---|---|
| COMPANION CASE RULE IN CRIMINAL CASES | July 20, 2021 |

| To: | From: |
|---|---|
| CARMELITA REEDER SHINN<br>Court Clerk | Mark R. Stoneman |

The following cases which are the subject of an Indictment being returned today are related cases and should be assigned to the same judge:

(1)   Previous Indictment

No. CR-16-221-HE, U.S. v. Pete Donavan Miller, Jarod Andrew Dail, and Colton Taz Ama. Indictment filed on November 15, 2016;

and

(2)   Indictment

**CR 21-195**

No. _____, U.S. v. Pete Donavan Miller, Jarod Andrew Dail. Indictment filed on ___**JUL 2 2 2021**___

These cases are related cases pursuant to LCrR7.1 because:

☒ They arise out of the same transaction or series of transactions;

☒ They involve the same defendant(s);

☒ For other reasons, it would entail substantial duplication of labor if heard by different judges because:

<u>DETAILS:</u>   The new indictment alleges criminal conduct that was the basis for revocation hearings conducted by the Court in 2020.